IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>SEIZURE WARRANT | : <br> : <br> :    Misc. No. 06-86M <br> : |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Application and Affidavit for Seizure Warrant, Seizure Warrant, the Motion and Order to Seal, and the related file in the above-captioned case, because the seizure warrant has been executed.

                                                  COLM F. CONNOLLY
                                                  United States Attorney

BY: _/s/ Beth Moskow-Schnoll_
                                                  Beth Moskow-Schnoll
                                                  Assistant United States Attorney

Dated: July 21, 2006

        **AND NOW** this __21__ day of __July__, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Application and Affidavit for Seizure Warrant, Seizure Warrant, the Motion and Order to Seal, and the related file in the above-captioned case be **UNSEALED**.

                                              _/s/ Joseph J. Farnan_
                                              HONORABLE JOSEPH J. FARNAN, JR.
                                              United States District Judge
                                              District of Delaware



FILED

JUL 24 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE